UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHURRAM JAVID, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>DOYLE SECURITY SERVICES, INC.,<br><br>Defendant. | Case No. 2:26-cv-06002 (SIL)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, KHURRAM JAVID, and Defendant, DOYLE SECURITY SERVICES, INC., by and through their respective counsel, jointly stipulate that Plaintiff's claims against Defendant be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees. The Parties note that the matter is being dismissed so that it may be pursued in arbitration in accordance with the terms of an arbitration agreement previously executed by the Parties.

Date: October 23, 2026

/s/ Benjamin A. Goldstein
Benjamin A. Goldstein
Lawyers for Justice, P.C.
Attorneys for Plaintiff
217 Broadway, Suite 511
New York, NY 10007
b.goldstein@calljustice.com
(516) 587-8423

/s/ Ryan M. Eden
Daniel Gomez-Sanchez
Matthew R. Capobianco
Ryan M. Eden
Littler Mendelson, P.C.
Attorneys for Defendant
290 Broadhollow Rd., Suite 305
Melville, NY 11747
dsgomez@littler.com
mcapobianco@littler.com
reden@littler.com
(631) 247-4700